**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Patrick A. HAAG, Sr., Petitioner.**

Supreme Court of Pennsylvania.

Sept. 18, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of September 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether Petitioner's first DUI offense, which occurred less than two hours before a subsequent DUI offense, qualifies as a "prior offense" under 75 PA.C.S. § 3806 for purposes of sentencing, even though Petitioner had not been convicted of the first DUI offense at the time the subsequent DUI offense was committed.